UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEANA CROMITIE, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>NEMS, INC. a/k/a XTREME DISCOUNT MATTRESS, INC.,<br><br>        Defendant. | 1:22-cv-06959 (JLR) (BCM)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On September 16, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 14. The deadline for that filing has now passed and Plaintiff failed to comply and file the letter. Further, Plaintiff filed proof of service of the Complaint and summons on Defendant on August 19, 2022. ECF No. 8. The deadline for Defendant to answer was September 9, 2022. Defendant did not answer. By order dated September 12, 2022, the Court ordered Plaintiff to file any motion for default judgment within two weeks of that order. ECF No. 9. The Clerk's Certificate of Default was filed on September 14, 2022 (ECF No. 12), but Plaintiff has not filed any motion for default judgment. Accordingly, Plaintiff shall comply with all court orders and file a letter, no later than **October 25, 2022**, providing all information requested in the September 16, 2022 Order.

Dated: October 20, 2022
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge