UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
SEANA CROMITIE, on behalf of herself and all : 
others similarly situated, :   Civil Action Number:
 :   1:22-cv-06959-JLR-BCM
            Plaintiff, :
 :
            v. :
 :
NEMS, INC. a/k/a XTREME DISCOUNT :
MATTRESS, INC., :
 :
            Defendant. :
 :
------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**

    Whereas Defendant NEMS, INC. a/k/a XTREME DISCOUNT MATTRESS, INC. has not filed an Answer or a Motion for Summary Judgment in this action, the Plaintiff hereby voluntarily dismisses this action against Defendant NEMS, INC. a/k/a XTREME DISCOUNT MATTRESS, INC., and discontinues her claims in the above-captioned matter, <u>without prejudice</u>, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:    October 25, 2022    /s/ Yitzchak Zelman_____
                                                     Yitzchak Zelman, Esq. (YZ5857)
                                                   MARCUS & ZELMAN, P.C.
                                                   701 Cookman Avenue, Suite 300
                                                   Asbury Park, New Jersey 07712
                                                   Phone:   (732) 695-3282
                                                   *Attorney for the Plaintiff*

This case is hereby voluntarily DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Clerk of Court is respectfully directed to close this case.

Dated:  October 26, 2022    SO ORDERED
         New York, New York

                                   _Jennifer Rochon_____
                                   JENNIFER L. ROCHON
                                   United States District Judge